FILED
RICHARD W. NAGEL
CLERK OF COURT

16 JUN 22 AM 8: 26

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA     :
                                  :

v.                                    :      CASE NO.   **1:16CR- 68**

VITO STRAMAGLIA          :      26 U.S.C. § 7201   **J. BLACK**

**INFORMATION**

The United States Attorney charges:

### COUNT 1

On or about the 15th day of April, 2013, Defendant VITO STRAMAGLIA, a resident of Cincinnati, Ohio, in the Southern District of Ohio, did willfully attempt to evade and defeat in excess of $550,000 in income taxes due and owing by him to the United States of America for the calendar year 2012 by failing to prepare and file an individual income tax return reporting the proceeds he had received from his business operations, by operating his personal and business operations out of business bank accounts, which he placed in others' names, by also failing to file corporate income tax returns for many of the business entities, by withdrawing cash and causing cash to be withdrawn in structured amounts and dealing extensively in cash and cashiers' checks, by providing false or incorrect EINs and SSNs to banks and other companies, and by failing to pay taxes on his business and personal proceeds, much of which constituted his income.

**In violation of Title 26, United States Code, Section 7201.**

13829868.3

<u>COUNT 2</u>

Title 31, United States Code, Section 5313(a) and associated regulations required financial institution to file a Currency Transaction Report, Form 4789, with the IRS reporting each deposit, withdrawal, exchange of currency or other payment or transfer, by, through, or to such financial institution that involved a transaction in currency of more than $10,000.

That in or about 2012, in the Southern District of Ohio, and elsewhere, VITO STRAMAGLIA, did knowingly for the purposes of evading the reporting requirements prescribed by Title 31, United States Code, Section 5313(a), and Title 31 Code of Federal Regulations, Section 103.22, structure and assist in structuring, and attempt to structure and assist in structuring of over $100,000 in cash withdrawals with one or more domestic financial institutions, by directing, causing, or engaging in the following cash transactions on the following dates in the following amounts, primarily from checks deposited that were made payable to one or more of STRAMAGLIA's businesses, such as the $400,000 business check dated April 17, 2012, made payable to Vicon, Inc, at 7780 E Miami River Road, Cincinnati, Ohio, 45247:

| Check # | Check Date | Date Cleared | Payee | Amount W/D |
|---------|-----------|--------------|-------|------------|
| 1288 | 04/15/12 | 04/17/12 | Cash | $5,000 |
| 1289 | 04/17/12 | 04/17/12 | Cash | $8,000 |
| 1290 | 04/17/12 | 04/18/12 | Cash | $9,500 |

2

| 1298 | 04/17/12 | 04/18/12 | Cash | $8,000 |
|------|----------|----------|------|--------|
| NA | NA | 04/18/12 | Cash w/d | $5,255 |
| 1296 | 04/18/12 | 04/19/12 | Cash | $8,000 |
| 1314 | 04/19/12 | 04/20/12 | Cash | $5,000 |
| 1317 | 04/20/12 | 04/20/12 | Cash | $6,000 |
| 1318 | 04/20/12 | 04/20/12 | Cash | $3,000 |

Further, an additional $55,000 was withdrawn in cash in similarly structured transactions involving exchanging cashier's checks and withdrawing cash from this same account in June and July 2012.

**In violation of Title 31, United States Code, Section 5324(a)(3) and 5324(d)(1).**

BENJAMIN C. GLASSMAN
Acting United States Attorney

RICHARD M. ROLWING  (0062368)
Trial Attorney
United States Department of Justice
Tax Division, CESN

13829868.3